JOHN W. HUBER, United States Attorney (#7226)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682



FILED
U.S. DISTRICT COURT
2019 NOV 26 P 1: 33
DISTRICT OF UTAH
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | |
| | VIOLATIONS: |
| vs. | COUNT I: 18 U.S.C. § 875(c), Interstate Communication of a Threat to Injure |
| MARK DOUGLAS MASSEY, | |
| Defendant. | COUNT II: 18 U.S.C. § 875(c), Interstate Communication of a Threat to Injure |
| Case: 2:19-cr-00437<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 11/26/2019<br>Description: | COUNT III: 18 U.S.C. § 875(c), Interstate Communication of a Threat to Injure |
| | COUNT IV: 18 U.S.C. § 2261A(2), Interstate Cyberstalking |

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 875(c)
(Interstate Communication of a Threat to Injure)

Between November 13th and 18th, 2019, in the Central Division of the District of

Utah,

MARK DOUGLAS MASSEY,

JOHN W. HUBER, United States Attorney (#7226)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARK DOUGLAS MASSEY, <br><br> Defendant. <br><br> Case: 2:19-cr-00437 <br> Assigned To : Shelby, Robert J. <br> Assign. Date : 11/26/2019 <br> Description: | INDICTMENT <br><br> VIOLATIONS: <br><br> COUNT I: 18 U.S.C. § 875(c), Interstate Communication of a Threat to Injure <br><br> COUNT II: 18 U.S.C. § 875(c), Interstate Communication of a Threat to Injure <br><br> COUNT III: 18 U.S.C. § 875(c), Interstate Communication of a Threat to Injure <br><br> COUNT IV: 18 U.S.C. § 2261A(2), Interstate Cyberstalking |

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 875(c)
(Interstate Communication of a Threat to Injure)

Between November 13th and 18th, 2019, in the Central Division of the District of Utah,

MARK DOUGLAS MASSEY,

did knowingly and willfully transmit in interstate commerce communications to J.M., and the communications contained threats to injure J.M., specifically, the following:

"why does your brother always make me think I should beat your ass to death";

"I see you around shopping boom!";

"you going to be burned alive you piece of s***";

"They won't say you didn't deserve it, just wait till I lay hands on you you piece of s***!";

"Everytime my knife pierces your skin with a hot blade I'm going to laugh";

"Before I pistol whip you and then set you on fire";

"What are you doing today so I can kill you";

"I had a vision of my wife's murder tied to a table an iron put on her chest and plugged into the wall. Yours will be ten times worse.";

"The brothers a piece of s*** you're the same seed got to kill you all";

all in violation of 18 U.S.C. § 875(c).

## COUNT II
18 U.S.C. § 875(c)
(Interstate Communication of a Threat to Injure)

Between November 13th and 18th, 2019, in the Central Division of the District of Utah,

MARK DOUGLAS MASSEY,

did knowingly and willfully transmit in interstate commerce communications to J.M., and the communications contained threats to injure J.M.'s grandchildren, specifically, the following:

2

"I think I'm going to feed your grandkids to the wolves";

"185 degree oven…. My poor grandbabies. Wait till you see what I do to yours. I'll probably YouTube it, call it "My finest hour." I like your grand-kids medium well or well done";

"You can see what I do to your grandkids from hell bich";

"I'll burn it out of your grandkids";

"I want to kill you … grandkids so you know what it's like for me to live without mine.";

all in violation of 18 U.S.C. § 875(c).

## COUNT III
18 U.S.C. § 875(c)
(Interstate Communication of a Threat to Injure)

Between November 13th and 18th, 2019, in the Central Division of the District of Utah,

MARK DOUGLAS MASSEY,

did knowingly and willfully transmit in interstate commerce communications to J.M., and the communications contained threats to injure J.M.'s children and son-in-law, specifically, the following:

"My girlfriend's missing so your daughter can be missing to";

"I'll burn it out of your grandkids their their parents";

"I want to kill you kids";

"Might even kill a DEA agent";

"When I'm done with you your grandkids will never come see you again…Nor have a dad!";

3

all in violation of 18 U.S.C. § 875(c).

## COUNT IV
18 U.S.C. § 2261A(2)
(Interstate Cyberstalking)

Between November 13th and 19th, 2019, in the Central Division of the District of Utah,

MARK DOUGLAS MASSEY,

did, with the intent to kill, injure, harass, intimidate and place under surveillance with intent to kill, injure, harass, and intimidate another person, use facilities of interstate commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to another person, and placed the person in reasonable fear of death or serious bodily injury to himself, his children, his son-in-law, and his grandchildren; all in violation of 18 U.S.C. § 2261A(2).

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

Sam Pead
Assistant United States Attorney

4